FILED IN CHAMBERS
U.S.D.C. - Atlanta
APR 18 2017
James N. Hatten, Clerk
By: /s/ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

BRANDON CHE LEE,

    Petitioner,

v.

UNKNOWN DEFENDANT,

    Respondent.

CIVIL ACTION FILE NO.
1:16-CV-4249-ODE-JFK

## ORDER

This pro se civil action is before the Court on the Final Report and Recommendation of United States Magistrate Judge Janet F. King filed March 14, 2017 [Doc. 6] ("R&R"). No objections have been filed.

In the R&R, Judge King recommends that Petitioner be denied in forma pauperis status and that this action be dismissed without prejudice. Specifically, Judge King found that Petitioner, while incarcerated, has filed at least three civil actions that have been dismissed as frivolous, malicious, or for failure to state a claim, and that Petitioner shows no imminent threat of serious physical injury.

The Court having read and considered the R&R and noting the absence of any objections thereto, it is ADOPTED as the opinion and order of the Court. For the reasons set forth in the R&R, Petitioner's request for in forma pauperis status is DENIED and this action is DISMISSED WITHOUT PREJUDICE.

SO ORDERED, this 17 day of April, 2017.

ORINDA D. EVANS
UNITED STATES DISTRICT JUDGE